FILED
United States Court of Appeals
Tenth Circuit

October 27, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| ANGELIINA LYNN LAWSON, | |
| Plaintiff - Appellant, | |
| v. | No. 25-3167 |
| ANDREW BOLTON; THE BOLTON LAW FIRM, LLC; DARRELL ROBINSON; NEISHA MISER; MALIQUE TAYLOR; JENNIFER AGREE; DAN LIVINGSTON; LIVINGSTON CENTER, LLC; DR. RODNEY MCNEAL; BOARD OF COUNTY COMMISSIONERS OF ANDERSON COUNTY, KANSAS, | (D.C. No. 2:25-CV-02251-JWB-TJJ) (D. Kan.) |
| Defendants - Appellees. | |

_____

**ORDER**
_____

Before **McHUGH**, **EID**, and **FEDERICO**, Circuit Judges.
_____

This matter is before the court on two motions filed by appellant Angeliina Lynn Lawson: (1) a *Motion to Reconsider Dismissal and to Reinstate Appeal Under FRAP 27(b) and 10th Cir. R. 40.1*; and (2) a *Petition for En Banc Rehearing Under Fed. R. App. P. 35 and 10th Cir. R. 35.1*.

Upon consideration, the panel construes the *Motion to Reconsider Dismissal and to Reinstate Appeal Under FRAP 27(b) and 10th Cir. R. 40.1* as a petition for panel rehearing and denies it as construed.

In addition, the Clerk transmitted the petition for rehearing en banc to all judges of the court who are in regular active service. No member of the panel and no judge in regular active service on the court requested that the court be polled. Accordingly, the court also denies the petition for rehearing en banc.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk